USDC IN/ND case 2:23-cv-00230-GSL-JEM document 2 filed 03/05/23 page 1 of 7

45D10-2303-CT-000262

Filed: 3/5/2023 1:19 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 6

| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING _____ |

| | | |
|---|---|---|
| DEMETRIUS CALVIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CAUSE NO.: |
| | ) | |
| OFFICER Z. SCHAUER #169, in his | ) | |
| Individual and official capacity, | ) | |
| SERGEANT S. HENDRON, in his | ) | |
| Individual and official capacity, | ) | |
| OFFICER Z. VASSAR, in his individual | ) | |
| And official capacity, TOWN OF DYER | ) | |
| POLICE DEPARTMENT | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT

COMES NOW, Plaintiff, Demetrius Calvin, by Counsel Russell W. Brown, Jr. of The Region Lawyers, Inc. and for his Complaint for Damages against the defendants, Officer Z. Schauer #169, Sergeant S. Hendron, Officer Z. Vassar and the Town of Dyer Police Department and alleges as follows:

### THE PARTIES

1. On or about March 6, 2021 and at all relevant times thereafter, Demetrius Calvin was a resident of State of Illinois.

2. On or about March 6, 2021 and at all relevant times thereafter, Defendant Officer Z. Schauer #169 was a sworn officer of the Town of Dyer Police Department and was acting under color of state law.

Exhibit A

3. On or about March 6, 2021 and at all relevant times thereafter, Defendant Sergeant S. Hendron was a sworn officer of the Town of Dyer Police Department and was acting under color of state law.

4. On or about March 6, 2021 and at all relevant times thereafter, Defendant Z. Vassar was a sworn officer of the Town of Dyer Police Department and was acting under color of state law.

5. At all times relevant hereto, the Defendant Town of Dyer Police Department is a governmental subdivision within the Town of Dyer, Lake County, Indiana.

## THE FACTS

6. On March 6, 2021, Mr. Calvin was traveling to pick up his daughter from a restaurant in Dyer, Indiana.

7. Defendant Officer Z. Schauer #169 attempted to pull Mr. Calvin over without legal justification.

8. Mr. Calvin safely pulled into the parking lot of Pop's Restaurant.

9. Defendant Officer Z. Schauer, Sergeant S. Hendron, and Officer Z. Vassar approached Mr. Calvin's vehicle with guns drawn.

10. Mr. Calvin was ordered out of his vehicle and immediately arrested.

11. During the arrest, Defendant Officer Z. Schauer, Sergeant S. Hendron and/or Officer Z. Vassar slammed Mr. Calvin against his vehicle.

12. Defendant Officer Z. Schauer, Sergeant S. Hendron and/or Officer Z. Vassar then violently grabbed Mr. Calvin's arm, pulling it behind his back and shoved his hands toward his upper back.

13. Mr. Calvin was then placed in hand restraints and transported to the Lake county Jail without incident.

14. As a result of Defendants' actions, Mr. Calvin sustained physical and emotional injuries.

## COUNT I: SECTION 1983 ILLEGAL SEARCH AND SEIZURE
**Against Defendants Officer Z. Schauer, Sergeant S. Hendron, Officer Z. Vassar**

15. Each paragraph of this Complaint is incorporated as if restated fully herein.

16. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar seized Plaintiff's person without probable cause.

17. As a result of Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar's illegal seizure of Plaintiff, Plaintiff suffered physical and emotional injuries.

18. The Complaint against Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar is for damages arising out of the violation of civil rights pertaining to Plaintiff which are in direct violation of the United States Constitution.

19. Plaintiff had a clearly established right to be free from unreasonable search and seizure under the Fourth Amendment to the United States Constitution.

20. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar subjected Plaintiff to an unreasonable search and seizure under the Fourth Amendment to the United States Constitution.

## COUNT II: SECTION 1983 EXCESSIVE FORCE
**Against Defendants Officer Z. Schauer, Sergeant S. Hendron, Officer Z. Vassar**

21. Each paragraph of this Complaint is incorporated as if restated fully herein.

22. Defendants' actions were unreasonable based upon the totality of the circumstances surrounding Mr. Calvin's injuries.

23. Defendants' were acting under color of law.

### COUNT III: STATE LAW BATTERY
### Against Defendants Officer Z. Schauer, Sergeant S. Hendron, Officer Z. Vassar

24. Each paragraph of this Complaint is incorporated as if restated fully herein.

25. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar knowingly or intentionally touched Plaintiff in a rude, insolent or angry manner.

26. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar acted with malice, gross negligence or oppressiveness.

27. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar actions were not the result of mistake of law, honest error or judgment, overzealousness or mere negligence.

28. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar lacked any legal justification for their actions.

29. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar were acting within the scope of their employment as sworn officers of the Town of Dyer Police Department.

30. Plaintiff suffered physical and emotional injuries as a result of Defendants' unlawful actions.

### COUNT IV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### Against Defendants Officer Z. Schauer, Sergeant S. Hendron, Officer Z. Vassar

31. Each Paragraph of this Complaint is incorporated as if restated fully herein.

32. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar battery and unlawful arrest of Plaintiff was extreme and outrageous conduct.

33. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar intentionally or recklessly caused severe emotional distress to Plaintiff.

34. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar actions were not the result of mistake of law, honest error or judgment, overzealousness or mere negligence.

35. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar lacked any legal justification for their actions.

36. Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar were acting within the scope of their employment as sworn officers of the Town of Dyer Police Department.

37. Plaintiff suffered severe emotional distress as a result of the Defendants' unlawful actions.

### COUNT V – Respondeat Superior State Law Claims
### Against Defendant Town of Dyer Police Department

38. Each paragraph of this Complaint is incorporated as if restated fully herein.

39. That at all relevant times, Defendants Officer Z. Schauer, Sergeant S. Hendron and Officer Z. Vassar were engaging in duties within the scope of their employment with Defendant Town of Dyer Police Department when Plaintiff suffered his injuries.

40. The Defendant Town of Dyer Police Department should be liable for Plaintiff's damages related to the state law claims laid out above under the doctrine of respondeat superior.

### **PRAYER FOR DAMAGES**

WHEREFORE, having asserted various causes of action and alleging facts in support thereof, the Plaintiff, Demetrius Calvin, prays for judgment and damages against the Defendants as previously stated and as follows:

a. awarding the Plaintiff general and/or compensatory damages, including without limitation damages for his pain and suffering, mental anguish, embarrassment, humiliation, and/or general emotional distress, in amounts to be determined at trial;

b. awarding the Plaintiff punitive damages for the Defendants' willful and/or malicious violation of their civil rights or its reckless indifference to their civil rights;

c. awarding the Plaintiff his costs and attorney's fees;

d. awarding the Plaintiff treble damages in an amount up to three times the amount of his compensatory damages for the egregious nature of Defendants' actions.

e. for all other legal and/or equitable relief this Court deems just and proper in the premises.

Dated this 5th day of March, 2023.

Respectfully submitted,

The Region Lawyers, Inc.


By:/s/ Russell W. Brown, Jr._____
    Russell W. Brown, Jr. #29628-64
    Attorney for Plaintiff
    9223 Broadway Suite E
    Merrillville, IN  46410
    219/750-9380 - Fax 219/750-9397


## REQUEST FOR JURY TRIAL

The Plaintiff, Demetrius Calvin, respectfully requests that this cause be tried by jury.


Respectfully submitted,

The Region Lawyers, Inc.


By:/s/ Russell W. Brown, Jr._____
    Russell W. Brown, Jr. #29628-64
    Attorney for Plaintiff
    9223 Broadway Suite E
    Merrillville, IN  46410
    219/750-9380 - Fax 219/750-9397