UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEMETRIUS CALVIN,<br><br>    Plaintiff,<br><br>v.<br><br>Z. SCHAUER, S. HENDRON, Z. VASSAR,<br><br>    Defendants. | Case No. 2:23-CV-230-GSL-JEM |

## **ORDER**

Before the Court is Defendants' Agreed Motion to Dismiss Plaintiff's Case, pursuant to the agreement of all parties. [DE 27]. On April 10, 2025, the parties appeared for a status hearing before Magistrate Martin. The parties discussed that Plaintiff's counsel, Russell Brown, had withdrawn from the case in the fall of 2024. *See* [DE 22]. Magistrate Martin gave Plaintiff additional time to either obtain new counsel or indicate whether he would be proceeding pro se. During the hearing on April 10, 2025, Plaintiff advised the Court that he has been unable to find new counsel. Additionally, Plaintiff indicated that he had recently moved to Texas and that he would not be able to return to Indiana to litigate his case. Accordingly, Plaintiff would like to drop the case. Defense counsel has no objection to the dismissal, with or without prejudice.

For these reasons, Defendants' Agreed Motion to Dismiss Plaintiff's Case, pursuant to the agreement of all parties, is GRANTED, without prejudice.

SO ORDERED.

ENTERED: April 15, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court