# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DEMETRIUS CALVIN

       Plaintiff

  v.

                                                                 Civil Action No. 2:23-cv-230

Z. SCHAUER, *Officer, #169, in his Individual and official capacity*

S. HENDRON, *Sgt, in his Individual and official capacity*

Z. VASSAR, *Officer, in his individual And official capacity*

DYER TOWN OF POLICE DEPARTMENT, *TERMINATED: 11/29/2023*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund on Agreed Motion to Dismiss.

DATE: 4/16/2025          CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*